UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fortinet, Inc., Plaintiff(s), v. Netskope, Inc., Defendant(s). | Case No. 4:26-CV-8886-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Luiz Miranda, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Fortinet, Inc. in the above-entitled action. My local co-counsel in this case is Ognden Zivojnovic, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 307801.

| | |
|---|---|
| **191 N. Wacker Dr. Suite 2700, Chicago, IL 60606** | **50 California St., 22 Fl., San Francisco, CA 94111** |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 705-7449 | (415) 875-6469 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| luizmiranda@quinnemanuel.com | ogizivojnovic@quinnemanuel.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6328766.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/14/2026

Luiz Miranda
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Luiz Miranda is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/15/2026

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
9/9/2026

Re: Luiz Affonso Miranda
Attorney No. 6328766

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Luiz Affonso Miranda was admitted to practice law in Illinois on 5/10/2018; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: ______________________
Andrew Oliva
Registrar