**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

David A. Nelson
davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400

Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600

**GISH PLLC**
Ryan Iwagashi (CA SBN 284766)
ryan@gishpllc.com
50 California Street, Suite 1500
San Francisco, CA 94111
Phone: (415) 630-2000

*Attorneys for Plaintiff Fortinet, Inc.*

Thomas Millikan, Bar No. 234430
Joseph Reid, Bar No. 211082
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-7436
Facsimile: (858) 509-3691
Email: tmillikan@sheppard.com
Email: jpreid@sheppard.com

Andrew N. Klein, Bar No. 300221
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
Email: aklein@sheppard.com

Michelle L. Yocum, *pro hac vice*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
Email: myocum@sheppard.com

*Attorneys for Defendant Netskope, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FORTINET, INC.,

Plaintiff,

vs.

NETSKOPE, INC.,

Defendant

Case No. 4:26-cv-8886-HSG

**JOINT STIPULATION TO AMEND THE COMPLAINT AND ON MOTION BRIEFING SCHEDULE; ORDER**

Plaintiff Fortinet, Inc. (“Fortinet”) and Defendant Netskope, Inc. (“Netskope”) (jointly, the “Parties”), by and through their attorneys, stipulate as follows:

WHEREAS, Fortinet brought counterclaims against Netskope in N.D. Cal. Case No. 4:25-cv-02360-HSG ("Fortinet II") asserting infringement of Fortinet's U.S. Patent No. 11,449,623 (the "'623 patent"), U.S. Patent No. 11,290,527 (the "'527 patent"), U.S. Patent No. 12,126,695 (the "'695 patent"), U.S. Patent No. 11,916,902 (the "'902 patent"), and U.S. Patent No. 12,244,621 (the "'621 patent") (collectively, "the Asserted Patents"). *See* Fortinet II Dkt. 60.

WHEREAS, on March 27, 2026, the parties filed a joint stipulation with proposed order to sever Fortinet's counterclaims and on April 14, 2026, Netskope filed a motion to sever Fortinet's Counterclaims. *See* Fortinet II Dkts. 152, 156, 159.

WHEREAS, on July 14, 2026, Netskope notified Fortinet of an error with issued claims of the '902 patent. In response, on July 24, 2026, Fortinet notified Netskope of its intent to pursue a certificate of correction with the U.S. Patent and Trademark Office (USPTO) and on August 12, 2026, filed an expedited request for a certificate of correction of the '902 patent due to a clerical error by the USPTO.

WHEREAS, on August 18, 2026, the Court granted the Parties' motion to sever, opened this new case, and instructed Fortinet to file a complaint in this case asserting its counterclaims (Fortinet II Dkt. 185; Dkt. 1). On August 25, 2026, Fortinet filed its Complaint against Netskope, asserting the '623 patent, the '527 patent, the '695 patent, and the '621 patent, but not asserting the '902 patent because the USPTO had yet to issue a certificate of correction. (Dkt. 2).

WHEREAS, on September 8, 2026, the USPTO issued a certificate of correction for the '902 patent correcting the error as requested.

WHEREAS, on September 8, 2026, Netskope filed a Motion to Dismiss the '695 and '621 Patents from Fortinet's Complaint under Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101. Dkt. 5.

WHEREAS, Fortinet intends to file an amended complaint to add the '902 patent and address certain allegations in Netskope's Motion to Dismiss the '695 and '621 Patents under Rule 15 (a)(1)(B).

WHEREAS, Netskope intends to file a Motion to Stay pending requests for *inter partes* review it has and/or will have filed against Fortinet's patents and to file a renewed Motion to Dismiss the amended complaint.

WHEREAS, at the September 15, 2026 Case Management Conference, the Court ordered the parties to file a stipulated schedule for filing the above amended complaint and motions and briefing the same.

WHEREAS, the parties conferred and agreed on a schedule for filing the above amended complaint and motions and briefing the same.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties the following filing and briefing schedule:

| Event | Deadline |
|---|---|
| Fortinet files Amended Complaint | Wednesday, 9/23 |
| Netskope files Motion to Stay | Wednesday, 9/30 |
| Fortinet files Opposition to Motion to Stay<br>Netskope files Renewed Motion to Dismiss | Wednesday, 10/14 |
| Netskope files Reply ISO Motion to Stay | Wednesday, 10/21 |
| Fortinet files Opposition to Motion to Dismiss | Wednesday, 10/28 |
| Netskope files Reply ISO Motion to Dismiss | Wednesday, 11/4 |

DATED: September 22, 2026

Respectfully submitted,

By /s/ Ognjen Zivojnovic
QUINN EMANUEL URQUHART & SULLIVAN, LLP

David A. Nelson (IL Bar No. 6209623)
davidnelson@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
Alexander Rudis (NY Bar No. 4232591)
alexanderrudis@quinnemanuel.com
Jeff Gerchick (DC Bar No. 474529)
jeffgerchick@quinnemanuel.com
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com

*Attorneys for Fortinet, Inc.*

By /s/ Andrew N. Klein
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Thomas N. Millikan
TMillikan@sheppard.com
Joseph P. Reid
JReid@sheppard.com
Andrew N. Klein
AKlein@sheppard.com
Michelle L. Yocum
MYocum@sheppard.com

*Attorneys for Netskope, Inc.*

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: 9/23/2026

Haywood S. Gill Jr.
Hon. Haywood S Gilliam, Jr
U.S. District Court Judge