United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Fortinet, Inc., Plaintiff(s),

v.

Netskope, Inc., Defendant(s).

Case No. 4:26-cv-08886-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Usayd Siddiqi, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Netskope, Inc. in the above-entitled action. My local co-counsel in this case is Thomas Nathan Millikan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 234430.

Sheppard, Mullin, Richter & Hampton LLP,
845 Texas Avenue, 25th Floor
Houston, Texas 77002
MY ADDRESS OF RECORD

Sheppard, Mullin, Richter & Hampton LLP,
12275 El Camino Real, Ste 100, San Diego, CA 92130
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(713) 431-7100
MY TELEPHONE # OF RECORD

(858) 720-7436
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

USiddiqi@sheppard.com
MY EMAIL ADDRESS OF RECORD

tmillikan@sheppard.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24148994.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2026

Usayd Siddiqi
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Usayd Siddiqi is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/24/2026

Haywood S. Gill, Jr.
UNITED STATES DISTRICT JUDGE

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

September 15, 2026

Re: Usayd A. Siddiqi, State Bar Number 24148994

To Whom It May Concern:

This is to certify that Usayd A. Siddiqi was licensed to practice law in Texas on October 06, 2025, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web